# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR PHONE ASSIGNED CALL NUMBER 603-674-2164 | )<br>)<br>)   Case No. 25-mj- 36-01-AJ<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the __Western__ District of __Washington__ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841/846 | Conspiracy to Distribute and Distribution of Controlled Substances |
| 21 U.S.C. §§ 843(b) | Use of a Communication Facility |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.
☑ Delayed notice of _____ days *(give exact ending date if more than 30 days:* __09/1/2025__ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Michael McGee
*Applicant's signature*

Michael McGee, FBI Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephonic conference__ *(specify reliable electronic means)*

Date: ~~X/1/202X~~ **Mar 2, 2025**

*Judge's signature*

City and state: Concord, NH

The Honorable Andrea K. Johnstone
**U.S. Magistrate Judge**